[No. 9837–7–II.   Division Two.   July 30, 1987.]

JEANETTE LEWIS NELSON, *Plaintiff*, v. JACK TURNER, ET AL, *Respondents*, SAFECO TITLE INSURANCE COMPANY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 30673, Grant S. Meiner, J., entered April 25, 1986. *Affirmed* by unpublished opinion per Mitchell, J. Pro Tem., concurred in by Dolliver and Doran, JJ. Pro Tem.

[No. 8841–0–II.   Division Two.   July 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY TIM OTIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–00943–0, Waldo F. Stone, J., entered May 10, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Kolbaba and Kruse, JJ. Pro Tem.

[No. 9975–6–II.   Division Two.   July 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 83–1–00013–7, Robert L. Harris, J., entered June 3, 1986. *Affirmed* by unpublished opinion per Casey, J. Pro Tem., concurred in by Goodloe and Stone, JJ. Pro Tem.